326 So.2d 699

**In re Kenneth Ray BARTON**

v.

**STATE.**

**Ex parte Kenneth Ray Barton.**

**SC 1629.**

Supreme Court of Alabama.

Feb. 5, 1976.

James M. Prestwood, Andalusia, for petitioner.

Gary R. Maxwell, Asst. Atty. Gen., opposed.

EMBRY, Justice.

Petition of Kenneth Ray Barton for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Barton v. State, 57 Ala.App. 167, 326 So.2d 695.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, FAULKNER and ALMON, JJ., concur.

325 So.2d 199

**In re Gene BELCHER**

v.

**STATE.**

**Ex Parte Gene Belcher.**

**SC 1271.**

Supreme Court of Alabama.

Jan. 9, 1976.

George E. Trawick, Ozark, for petitioner.

William J. Baxley, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for the State, opposed.

FAULKNER, Justice.

Petition of Gene Belcher for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Belcher v. State, 56 Ala. App. 688, 325 So.2d 195.

Writ quashed as being improvidently granted.

All the Justices concur.

327 So.2d 732

**In re Calvin BINION**

v.

**STATE of Alabama.**

**Ex parte Calvin Binion.**

**SC 1672.**

Supreme Court of Alabama.

Feb. 27, 1976.

Walter P. Crownover and Jack Lowther, Tuscaloosa, for petitioner.

No appearance for the State.

SHORES, Justice.

Petition of Calvin Binion for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Binion v. State, 57 Ala.App. 234, 327 So.2d 729.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and JONES, JJ., concur.